**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


LLOYD RAYMOND MARTIN, III, ET AL     *     CIVIL ACTION NO. 09-4195
    *     c/w  10-3595
                Plaintiffs     *
    *     SECTION: H
    *     JUDGE JANE TRICHE MILAZZO
VERSUS     *
    *     MAGISTRATE: 4
FIDELITY NATIONAL TITLE INSURANCE COMPANY     *     MAG. KAREN WELLS ROBY
    *
               Defendants     *
    *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *


<u>**ORDER**</u>

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,


**IT IS ORDERED** that plaintiff's Motion Compelling Testimony from William Magee under Oath,

Sanctions, Costs, and Fees is **DENIED**.

New Orleans, Louisiana, this 13th day of September, 2012.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**